# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, | ) |
| Plaintiff, | ) Case No.: 2:18-cv-00734-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| CROWN CASTLE MU, LLC, *et al.*, | ) |
| Defendants. | ) |

On December 17, 2018, the Court granted Defendants' Motion to Dismiss Plaintiff's Amended Complaint. (*See* Order, ECF No. 25). The Court dismissed the Amended Complaint without prejudice. (*Id.* 16:2–4).

In its Order, the Court granted Plaintiff leave to amend and permitted it to file a second amended complaint within twenty-one (21) days of the Order's issuance. (*Id.* 15:5–17, 16:5–8). The Court stated that "[f]ailure to file an amended complaint by this deadline will result in Plaintiff's case being dismissed with prejudice." (*Id.* 16:6–8). To date, Plaintiff has failed to file a second amended complaint and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED with prejudice**.

The Clerk of Court is instructed to close this case.

**DATED** this __22__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT